JUDD R. ALLEN, ESQ. (SBN 251327)
*judd@arashlaw.com*
LAW OFFICES OF ARASH KHORSANDI
2960 Wilshire Blvd, Third Floor
Los Angeles, California 90010
Tel: (310) 277-7529
FAX (310) 388-8442
E: service@arashlaw.com

Attorneys for Plaintiff,
ANTONIO RODRIGUEZ

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO RODRIGUEZ,<br><br>Plaintiff,<br><br>v.<br><br>HENKELS & MCCOY, INC.; HENKELS & MCCOY GROUP, INC.; SHANE ALLEN LEWIS; SWIFT TRANSPORTATION CO. OF ARIZONA, LLC; CHRIS EDWARD RUSSETT; and DOES 1 TO 10,<br><br>Defendants. | Case No. 2:20-CV-01711-FLA (JPRX)<br><br>**JOINT STATUS REPORT RE SETTLEMENT**<br><br>**Final Pretrial Conference: 1/7/22**<br>Time:  1:30 p.m.<br><br>**Trial Date:  1/18/22**<br>Time:  9:00 a.m.<br><br>Judge:  Fernando L. Aenlle-Rocha |

KLINEDINST PC
777 S. FIGUEROA ST., SUITE 2800
LOS ANGELES, CALIFORNIA 90017

**TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**Plaintiff Antonio Rodriguez ("Plaintiff") and Defendants Henkels & McCoy, Inc., Henkels & McCoy Group, Inc. and Shane Allen Lewis** through their respective counsel have resolved this matter in its entirety. The matter settled for a dismissal without prejudice in return for **Defendants Henkels & McCoy, Inc., Henkels & McCoy Group, Inc. and Shane Allen Lewis** to pay Plaintiff **Antonio Rodriguez** the amount of $500,000.00.

1

1    Plaintiff's Counsels office has left the Courtroom Deputy Clerk a message as well as E-
2  mail correspondence advising her of the settlement pursuant to L.R. 16-15.7. The general terms
3  have been memorialized in this notice. Defendants Counsel is to prepare a detailed settlement
4  agreement. Both Parties respectfully ask that the January 7, 2022 Pretrial Conference be vacated
5  and an Order to Show Cause Re: Dismissal be set in February of 2022.

**LAW OFFICES OF ARASH KHORSANDI, PC**

DATED: December 21, 2021      By:  /S/
                                   Judd R. Allen
                                   Attorneys for Plaintiff,
                                   ANTONIO RODRIGUEZ

**KLINEDINST PC**

DATED: December 21, 2021      By:  /S/
                                   Paul H. Burleigh
                                   Robert G. Harrison
                                   Attorneys for Defendants,
                                   HENKELS & MCCOY, INC., HENKELS &
                                   MCCOY GROUP, INC.,
                                   AND SHANE LEWIS

## PROOF OF SERVICE

I declare that I am over the age of eighteen (18) and not a party to this action. My business address is 2960 Wilshire Blvd., Third Floor, Los Angeles, California 90010.

On **December 21, 2021,** I caused to be served the following document(s):

### JOINT STATUS REPORT RE SETTLEMENT

on the interested party(ies) in this action by placing a true and correct copy of document(s) in a sealed envelope addressed as follows:

### SEE ATTACHED SERVICE LIST

(**X**)    [**U.S. MAIL**] I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service. I know that the correspondence is deposited with the United States Postal Service on the same day this declaration was executed in the ordinary course of business. I know that the envelope was sealed and, with postage thereon fully prepaid, placed for collection and mailing on this date, following ordinary business practices in the United States mailed at Los Angeles, California.

(  )    [**FACSIMILE**] Via facsimile machine, I caused the above-referenced document(s) to be transmitted to the person(s) listed above.

(**X**)    [**ELECTRONIC MAIL**] Via electronic mail, I caused the above-referenced document(s) to be transmitted to the address listed above.

Executed on **December 21, 2021,** at Los Angeles, California.

(**X**)    (**FEDERAL**) I declare that I am employed in the offices of a member of the bar of the court at whose direction the service was made.

/S/
ALEX RANGEL

## SERVICE LIST
### Antonio Rodriguez vs. Henkels & McCoy, Inc., et al.
### Case No. 2:20-cv-01711-ODW-JPR

Paul H. Burleigh, Esq.
Robert G. Harrison, Esq.
Sylvia V. Panosian, Esq.
KLINEDINST PC
777 Figueroa St., Suite 2800
Los Angeles, CA  90017
Phone: (213) 406-1100
Fax: (213) 406-1101
E-mail: pburleigh@klinedinstlaw.com; rharrison@klinedinstlaw.com; spanosian@klinedinstlaw.com
*Attorneys for Defendants, HENKELS & MCCOY, INC., HENKELS & MCCOY GROUP, INC., and SHANE LEWIS*